UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRACEY COFFIN,

      Plaintiff,

v.                       Case No:  2:26-cv-00742-JES-KRH

PUNTA GORDA HOUSING
AUTHORITY, and ROSSMAN
REALTY PROPERTY MANAGEMENT,

      Defendants.

_____

**OPINION AND ORDER**

This matter comes before the Court on review of Defendant Rossman Realty Property Management's Motion to Dismiss Plaintiff's Amended Complaint (Doc. #17) filed on June 29, 2026. "Before filing a motion in a civil action, except a motion for Rule 11 sanction, for injunctive relief, for judgment on the pleadings, for summary judgment, or to certify a class, the movant must confer with the opposing party in a good faith effort to resolve the motion." M.D. Fla. R. 3.01(g). The motion will be denied for failure to confer with Plaintiff before filing the motion and for failure to include a certification of conference in the motion.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Dismiss (Doc. #17) is **DENIED without prejudice.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___2nd___ day of July 2026.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record

-2-